IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| **CHARLES SCHWAB & CO., INC.,** | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 4:11-cv-01866 |
| | : | |
| **TODD THRASHER,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

**PLAINTIFF CHARLES SCHWAB & CO., INC.'S MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**

Plaintiff Charles Schwab & Co., Inc. ("Schwab") by and through its undersigned counsel, and for the reasons stated in the accompanying memorandum of law and supporting Declaration of Kenneth Miedema, respectfully requests that the Court enter a temporary restraining order and/or preliminary injunction providing the relief sought in Schwab's Complaint.

Respectfully submitted,

*/s/ J. Randall Coffey*
J. Randall Coffey  E.D. Mo. 532050
FISHER & PHILLIPS LLP
The Stilwell Building, Suite 400
104 West Ninth Street
Kansas City, MO 64105-1718
TEL: (816) 842-8770
FAX: (816) 842-8767

Attorneys for Plaintiff, Charles Schwab & Co., Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of October, 2011, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Eastern District of Missouri, using the electronic case filing system of the Court.  I also caused a true and correct copy of the foregoing document to be served this day upon the following counsel for defendant via United States Mail and electronic mail:

>   Todd Thrasher
>   1023 West Frisco Avenue
>   Kirkwood,  MO 63122
>   PLAINTIFF

>   */s/ J. Randall Coffey*
>   J. Randall Coffey